MEYER, ADMR., ET AL., APPELLANTS, *v.* NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as Meyer *v.* Nationwide Mut. Ins. Co. (1989), 41 Ohio St. 3d 17.]

(No. 88-2201—Submitted February 7, 1989—Decided March 15, 1989.)

*Charles L. Conn,* for appellants.
*Robison, Curphey & O'Connell* and *Donald L. Centers,* for appellee.

The motion to certify the record is allowed. The judgment of the court of appeals is reversed on authority of *Wood* v. *Shepard* (1988), 38 Ohio St. 3d 86, 526 N.E. 2d 1089, and the cause is remanded to the trial court for further proceedings.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

HOLMES, J., dissents.

RESNICK, J., not participating.